IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:06-cr-97 |
| TORRANCE DIXON, | |
| Defendant. | |

**ORDER**

This matter is before the Court on communication received from the Bureau of Prisons ("BOP") dated September 24, 2021, seeking clarification regarding Defendant's sentence in the above-referenced case. (Restricted Doc. 79.) Upon careful review of the facts, evidence, and appropriate authorities in this case and in response to the request from the BOP, the Court clarifies that Defendant's sentence was intended to run consecutively to the state sentences imposed in South Carolina and referenced in the BOP's communication. The Clerk of Court shall ensure that the appropriate BOP officials receive a copy of this Order.

**SO ORDERED**, this 6th day of October, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA